# United States District Court

**Northern District of Illinois**

Eastern Division

Clay  **JUDGMENT IN A CIVIL CASE**

v.  Case Number: 07 C 6700

Devine, eat al.

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the case is dismissed for want of prosecution.

Michael W. Dobbins, Clerk of Court

Date: 2/8/2008  _____

/s/ Mathew P. John, Deputy Clerk