IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROOSEVELT CLAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 6700 |
| | ) | |
| RICHARD DEVINE in his official capacity | ) | Judge Elaine E. Bucklo |
| as STATE'S ATTORNEY OF COOK | ) | |
| COUNTY, CELESTE STEWART STACK, | ) | |
| FRED A. SHEPPARD III, | ) | |
| | ) | **JURY DEMANDED** |
| Defendants. | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

To: All counsel of record:

    PLEASE TAKE NOTICE that on Monday, February 25, 2008 at 9:30 a.m. the undersigned will appear before the Hon. Judge Bucklo or any judge sitting in her stead in Courtroom 1441, Dirksen Federal Courthouse, 219 S. Dearborn, Chicago, IL. 60604, and present his motion alter or amend or vacate judgment for dismissal for want of prosecution at which time and place you may appear.  A copy of this notice of motion has been served upon the parties of record pursuant to the General Order on Electronic Case Filing, XI(C).

                                  /s/   John Thomas Moran, Jr.
                                  Attorney for Plaintiff.

Moran Law Group
309 W. Washington St.
Suite 900
Chicago, IL.  60606
312-630-0200